**Mark Douglas BROOKS,
Plaintiff–Appellant,**

v.

**Dadma Lydia DIAZ C; Judge Lawrence Hammond; Kristy M. Newton, Da; Candace E. Siler; Judge Regina M. Joe, Defendants–Appellees.**

**No. 15–1241.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Mark Douglas Brooks, Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Douglas Brooks appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Brooks v. Diaz C,* No. 1:14–cv–00794–TDS–LPA (M.D.N.C. Feb. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*